IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02491-AP

JEANETTE F. AVILA,

        Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASE**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| Frederick W. Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>Telephone: (719) 633-5211<br>newallfrederickw@qwest.com<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-1570<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |

---

       [1]On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed:**  12/13/06
    B.  **Date Complaint Was Served on U.S. Attorney's Office:**  1/10/07
    C.  **Date Answer and Administrative Record Were Filed:**  3/13/07

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete. However, Plaintiff reserves the right to supplement the record, if necessary, at the time of the Opening Brief. Defendant reserves the right to respond to Plaintiff's submission of additional evidence.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

  **Plaintiff states:**  None anticipated.
  **Defendant states:**  None anticipated.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

  **Plaintiff states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.
  **Defendant states:**  To the best of his knowledge, this case does not involve unusual claims or defenses.

**7.  OTHER MATTERS**

  **Plaintiff states:**  None anticipated.
  **Defendant states:**  None anticipated.

**8.  PROPOSED BRIEFING SCHEDULE**

    A.  **Plaintiff's Opening Brief Due:**     May 10, 2007
    B.  **Defendant's Response Brief Due:**   June 11, 2007
    C.  **Plaintiff's Reply Brief Due:**       June 26, 2007

- 3 -

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**.    Oral argument not requested.
    B.    **Defendant's Statement:**  Oral argument not requested.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 2nd day of <u> April </u>, 2007.

                                          BY THE COURT:

                                       *S/John L. Kane*
                                       U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall 4/2/07<br><br>Frederick W. Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>Telephone: (719) 633-5211<br>newallfrederickw@qwest.com<br>Attorney for Plaintiff. | TROY A. EID<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By: s/Debra J. Meachum 4/2/07<br>    Debra J. Meachum<br>    Special Assistant U.S. Attorney<br>    1961 Stout Street, Suite 1001A<br>    Denver, Colorado  80294<br>    Telephone:  (303) 844-1570<br>    debra.meachum@ssa.gov<br>    Attorneys for Defendant. |