UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02491-WYD

JEANETTE F. AVILA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on two motions: Plaintiff's Opposed Motion to Change Administrative Law Judge Upon Remand (filed June 11, 2008) and Plaintiff's Unopposed Motion for Attorney Fees Under EAJA (filed June 24, 2008). For the reasons stated below, both motions are granted.

I first address Plaintiff's Opposed Motion to Change Administrative Law Judge. While the motion states that Defendant indicated the motion would be opposed, Defendant has not filed a response to the motion. I find that Plaintiff's motion shows good cause for the assignment of a new Administrative Law Judge on remand. Accordingly, the motion is granted. Upon remand, a new Administrative Law Judge shall be assigned to the case.

I next address Plaintiff's Unopposed Motion for Attorney Fees Under EAJA. Plaintiff seeks attorney fees pursuant to the EAJA in the amount of $4,921.31, representing $168.00 per hour for 28.7 hours of time. The motion states that the relief

requested is not opposed by the Agency.  Having reviewed the motion, I find that an award of fees under the EAJA is proper and that Plaintiff's motion should be granted.

Based upon the foregoing, it is

ORDERED that Plaintiff's Opposed Motion to Change Administrative Law Judge Upon Remand is **GRANTED**.  A new administrative law judge shall be appointed to Plaintiff's case on remand.  It is

FURTHER ORDERED that Plaintiff's Unopposed Motion for Attorney Fees Under EAJA is **GRANTED**.  Defendant shall pay attorney fees under the EAJA in the amount of $4,921.31 to Plaintiff, in care of Plaintiff's attorney.

Dated: July 18, 2008

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge